# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JAN 29 P 2:00

DISTRICT COURT
DIST OF MASS.

MASSACHUSETTS CARPENTERS CENTRAL
COLLECTION AGENCY, et al,

v.

FENTROSS CONSTRUCTION, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

03 CV 12533 DPW

TO: (Name and Address of Defendant)

Fentross Construction, Inc.
288 Astle Street
Tewksbury, MA 01876

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DEC 17 2003
DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

# RETURN OF SERVICE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 26, 2004

I hereby certify and return that on 1/2/2004 at 10:20AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to JESSE FENTROS, agent, person in charge at the time of service for FENTROSS CONSTRUCTION, INC., at , 288 ASTLE Street, TEWKSBURY, MA 01876. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($13.44) Total Charges $50.94

*[signature]*

_____
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                              Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.