UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al )
)
)
Plaintiffs, )
)
v. ) CIVIL ACTION
) NO. 03-12533-DPW
)
FENTROSS CONSTRUCTION, INC., )
)
Defendant. )
)

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Fentross Construction Inc., 288 Astle Street, Tewksbury, MA 01876 in the above-captioned action. Defendant Fentross Construction Inc. was served with the complaint on January 2, 2004. A copy of proof of service is attached.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: March 12, 2004

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

Attorney for plaintiff Massachusetts
Carpenters Central Collection Agency

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al,

v.

FENTROSS CONSTRUCTION, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 03 CV 12533 DPW

TO: (Name and Address of Defendant)

> Fentross Construction, Inc.
> 288 Astle Street
> Tewksbury, MA 01876

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Christopher N. Souris
> Krakow & Souris
> 225 Friend Street
> Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DEC 17 2003
DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

**Middlesex, ss.**

January 26, 2004

I hereby certify and return that on 1/2/2004 at 10:20AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to JESSE FENTROS, agent, person in charge at the time of service for FENTROSS CONSTRUCTION, INC., at, 288 ASTLE Street, TEWKSBURY, MA 01876. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($13.44) Total Charges $50.94

_Deputy Sheriff_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_Signature of Server_

_Address of Server_

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.