```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

Massachusetts Carpenters Central
Collection Agency, et al.,
    Plaintiff,

      v.                          CIVIL ACTION
                                 NO.03-12533-DPW

Fentross Construction, Inc.,
    Defendant.

## **NOTICE OF DEFAULT**

WOODLOCK, D.J.

    Upon application of the Plaintiff for an Order of Default for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant Fentross Construction, Inc. has been defaulted this date.

                            BY THE COURT,

                            /s/ Rebecca Greenberg
                            Deputy Clerk

Dated: March 18, 2004