```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

MASSACHUSETTS CARPENTERS CENTRAL    )
COLLECTION AGENCY, ET AL.,          )
        Plaintiff,                  )
                                    )
        v.                          )   CIVIL ACTION
                                    )   NO. 03-12533-DPW
FENTROSS CONSTRUCTION, INC.,        )
        Defendant.                  )

## DEFAULT JUDGMENT

WOODLOCK, D.J.

    A Default entered against the defendant and a Motion for Entry of Default Judgment has been filed. To date, no response has been filed with this Court by the defendant. After reviewing the record and the Plaintiffs' Motion for Default Judgment and the accompanying documentation filed with said motion, the Court finds the Plaintiffs are entitled to a Default Judgment. The defendant is not an infant or incompetent person or in the military service of the United States. Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered against defendant FENTROSS CONSTRUCTION, INC. as follows:

> **JUDGMENT FOR THE PLAINTIFFS AGAINST THE DEFENDANT FENTROSS CONSTRUCTION, INC. IN THE AMOUNT OF $78,476.83 PLUS $200.94 IN COSTS, FOR A TOTAL AMOUNT OF $78,677.77, WITH INTEREST AS PROVIDED BY LAW\*.**

                                        BY THE COURT

Date: May 25, 2004

                                  By:  /s/ Rebecca Greenberg
                                       Deputy Clerk

\*THE POST JUDGMENT INTEREST RATE EFFECTIVE AS OF MAY 21, 2004 IS **1.83%.** (The post-judgment interest rate is the weekly average of One Year Constant Maturity Treasury Yield as published by the Board of Governors of the Federal Reserve System - 28 U.S.C. §1961)